UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DETRICK CROSTON**                                                                            **PLAINTIFF**

**V.**                                    **4:20-cv-00046-JM /JTR**

**MARSHALL D. REED**, *et al.*                                            **DEFENDANTS**

### ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. 28) is GRANTED, and Mr. Croston's claims against them are DISMISSED WITHOUT PREJUDICE.

2. Plaintiff's Motion for Judgment (Doc. 23) is DENIED.

Dated this 12th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE