UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DETRICK CROSTON**                                                                 **PLAINTIFF**

**V.**                                    **4:20-cv-00046-JM /JTR**

**MARSHALL D. REED,** *et al*.                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed. All relief sought is denied, and the case is closed.

Dated this 12th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE